IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR287 |
| | ) | |
| v. | ) | |
| | ) | |
| LEE VANG and YER YANG, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on the motions to
continue trial filed by each defendant (Filing Nos. 40 and 41).
The Court notes that plaintiff's counsel has no objection, and
that defendants have or will file written waivers of speedy
trial.  Accordingly,

IT IS ORDERED that trial of this matter is rescheduled
for:

**Monday, March 22, 2010, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111
South 18th Plaza, Omaha, Nebraska.  The continuance will
accommodate not only the schedule of the Court but of counsel and
will give the parties time to prepare for trial.  The ends of
justice will be served by continuing this case and outweigh the
interests of the public and the defendant in a speedy trial.  The
additional time between December 22, 2009, and March 22, 2010,
shall be deemed excludable time in any computation of time under

the requirement of the Speedy Trial Act.  18 U.S.C.

§ 3161(h)(8)(A) & (B).

      DATED this 22nd day of December, 2009.

                  BY THE COURT:

                  /s/ Lyle E. Strom

                  _____
                  LYLE E. STROM, Senior Judge
                  United States District Court