IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR287 |
| | ) | |
| v. | ) | |
| | ) | |
| LEE VANG, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion to continue sentencing (Filing No. 77).  The Court has reviewed defendant's response (Filing No. 78) and finds the motion should be denied.  Accordingly,

IT IS ORDERED that plaintiff's motion to continue sentencing is denied.

DATED this 9th day of June, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court