IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,           )          Case No. 8:09CR287
                                    )
                Plaintiff,          )
                                    )
        vs.                         )          ORDER TO WITHDRAW
                                    )              EXHIBITS
LEE VANG,                           )
                                    )
                Defendant.          )

        Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for parties are ordered to

withdraw the following exhibits previously submitted in this matter within 14 calendar days

of the date of this order:

        Government's Exhibit 105  - Sentencing Hearing  held 6/15/10

        If counsel fail to withdraw these exhibits as ordered, counsel will be ordered to show

cause why sanctions should not be imposed.

        IT IS SO ORDERED.

        DATED this 11th day of August, 2010.

                                    s/ Lyle E. Strom
                                    United States District Judge

proc\Exhibits\Form-Order to Withdraw Appeal Time Pending.wpd
Approved 02/15/07