IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:09CR287 |
| Plaintiff, | ) | |
| vs. | ) | ORDER TO WITHDRAW EXHIBITS |
| LEE VANG, | ) | |
| Defendant. | ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for parties are ordered to withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order:

Defendant's Exhibits Nos. 101 - 104  - Sentencing Hearing  held 6/15/10

If counsel fail to withdraw these exhibits as ordered, counsel will be ordered to show cause why sanctions should not be imposed.

IT IS SO ORDERED.

DATED this 11th day of August, 2010.

s/ Lyle E. Strom
United States District Judge

proc\Exhibits\Form-Order to Withdraw Appeal Time Pending.wpd
Approved 02/15/07