IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:09CR287 |
| v. | ) | |
| LEE VANG and YER YANG, | ) | ORDER |
| Defendants. | ) | |

This matter is before the Court on plaintiff's motion (Filing No. 123) to withdraw the motion for preliminary order of forfeiture (Filing No. 116). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted. the motion for preliminary order of forfeiture is deemed withdrawn.

DATED this 12th day of August, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court