IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
           Plaintiff,        )      8:09CR287
                             )
      v.                     )
                             )
LEE VANG,                    )      ORDER
                             )
           Defendant.        )
_____)
```

       This matter is before the Court on defendant's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody (Filing No. 152). The Court finds the plaintiff should respond to said motion. Accordingly,

       IT IS ORDERED that plaintiff shall file a response to defendant's motion on or before May 27, 2011.

       DATED this 25th day of April, 2011.

       BY THE COURT:

       /s/ Lyle E. Strom
       _____
       LYLE E. STROM, Senior Judge
       United States District Court